IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLARENCE MCNAIR                     *

        Plaintiff                *
vs.                                                    Civil Action No.: L-02-2281
                                  *

LAMONT FLANAGAN, et al.
                                  *
        Defendants
                              ******

## ORDER

**IT IS HEREBY ORDERED**, this 27TH day of January, 2003, that Mont Brownlee, Esquire of Goodell, DeVries, Leech & Dann, LLP at One South Street, 20th Floor, Baltimore, Maryland 21202, Phone No. 410-783-4000, be appointed to represent Plaintiff, Clarence McNair, in the above-captioned civil action, without compensation, except as allowed by any applicable statute. The Clerk is directed to enter the appearance of Counsel.

Beth P. Gesner
United States Magistrate Judge



FILED
JAN 2003
DEPUTY