**Direct Dial: (410) 585-3413**                                    **Facsimile: (410) 764-5366**

March 14, 2003

<u>By U.S. Mail and Facsimile (410) 962-3844</u>
Honorable Beth P. Gesner
United States Magistrate-Judge
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE:    *Clarence McNair v. LaMont Flanagan, et al.,* Civil Action No. L-02-2281 (D. Md.)

Dear Magistrate-Judge Gesner:

  Pursuant to your pretrial scheduling order in the above referenced matter, I am writing to inform you that the parties could not come to an agreement on the issue of whether to generally proceed before a United States Magistrate-Judge. Accordingly, the parties have agreed only to conduct the evidentiary hearing before you, as ordered by the District Court Judge Benson E. Legg in this case.

  If you have any further questions or concerns, please do not hesitate to contact me.

                Very Truly Yours,


                Glenn T. Marrow
                Assistant Attorney General


cc:    Mont Brownlee, Esq.