IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CLARENCE McNAIR** | \* |
| Plaintiff, | \* |
| v. | Civil Action No. L-02-2281 |
| | \* |
| **ANDRE MACKEY,** | \* |
| Defendant. | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**ORDER**</u>

Upon consideration of the parties' joint Motion to Modify Discovery Deadline (Paper No. 27), it is HEREBY ORDERED this 29th day of August, 2003, that the motion is granted and the deadline for discovery and submission of a status report are extended from September 1, 2003 to November 28, 2003.

___/s/_____
Beth P. Gesner
United States Magistrate Judge