IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLARENCE MCNAIR | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. |
| LAMONT FLANAGAN, et al., | * | L-02-2281 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

The parties in the above captioned action jointly move to amend the scheduling order entered by the Court.  As stated in the most recent Status Report filed by the parties, discovery has been ongoing and the parties anticipate that discovery will finish at the end of the first full week in January.  Having shown good cause, the parties, therefore, jointly request that the Court extend the discovery deadline until January 9, 2003.

Respectfully Submitted,

| | |
|---|---|
| **GOODELL, DEVRIES, LEECH & DANN, LLP** | **J. JOSEPH CURRAN, JR.**<br>Attorney General of Maryland |
| _____<br>Mont Brownlee, III<br>Federal Bar. 25903 | _____<br>Glenn T. Marrow<br>Assistant Attorney General<br>Federal Bar No. 23731 |
| One South Street<br>20th Floor<br>Baltimore, Maryland 21202 | Maryland Department of Public<br>Safety& Correctional Services<br>6716 Reisterstown Road Plaza<br>Baltimore, Maryland 21215 |
| Telephone: (410) 783-4000<br>Facsimile: (410) 783-4040 | Telephone: (410) 585-3413<br>Facsimile: (410) 764-5366 |
| Attorneys for Plaintiff | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLARENCE MCNAIR | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. |
| LAMONT FLANAGAN, et al., | * | L-02-2281 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

UPON consideration of Joint Motion to Extend the Scheduling Order filed in the above captioned action, and after due deliberation it is hereby:

ORDERED that Discovery is extended until January 9, 20034.

ORDERED that the parties shall file a Joint Status Report at the end of the discovery deadline.

ORDERED that the Clerk of the Court mail this order to Mont Brownlee III and Assistant Attorney General Glenn T. Marrow.


Dated:

_____
BETH P. GESNER
United States Magistrate-Judge
District of Maryland

1