FILE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 DEC 12 A 10: 57

| | | |
|---|---|---|
| CLARENCE MCNAIR | * | |
| Plaintiff, | * | BE |
| vs. | * | Civil Action No. |
| LAMONT FLANAGAN, et al., | * | L-02-228 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON consideration of Joint Motion to Extend the Scheduling Order filed in the above captioned action, and after due deliberation it is hereby:

ORDERED that Discovery is extended until January 9, 2004

ORDERED that the parties shall file a Joint Status Report at the end of the discovery deadline, ~~on or~~ before ~~January~~ 9, 2004

ORDERED that the Clerk of the Court mail this order to Mont Brownlee III and Assistant Attorney General Glenn T. Marrow.

Dated 2-1-03

BETH P. GESNER
United States Magistrate-Judge
District of Maryland