UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

February 5, 2004

Mont Brownlee III, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore MD  21202

Glenn Todd Marrow, Esq.
Maryland Office of the Attorney General
Public Safety and Correctional Services
6776 Reisterstown Road, Suite 312
Baltimore, MD  21215

      Re:   <u>McNair v. Flanagan, et. al.</u>
              Civil Action No.: BEL-02-2281

Dear Counsel:

      According to the December 11, 2003 Order Granting a Joint Motion to Extend the Scheduling Order, discovery closed and a status report was due on January 9, 2004.  Notwithstanding telephone inquiries by my chambers subsequent to that deadline, I still have not received a status report.  Further, I understand that counsel advised my chambers that additional discovery may have to be conducted.

      No later than Friday, February 13, 2004, you are directed to submit a written status report in accordance with the instructions set out in my scheduling order of February 14, 2003.  If necessary, you should request an extension of time to complete discovery.  If I do not receive a status report by February 13th, discovery will be deemed closed.

      Despite the informal nature of this letter, it will constitute an order of the Court and will be docketed accordingly.

Very truly yours,

/s/
Beth P. Gesner
United States Magistrate Judge