J. Joseph Curran, Jr.
Attorney General

Donna Hill Staton
Deputy Attorney General

Maureen M. Dove
Deputy Attorney General

Stuart M. Nathan
Assistant Attorney General
Principal Counsel

Alan D. Eason
Assistant Attorney General
Deputy Counsel

Susan Howe Baron
Michael O. Doyle
Steven G. Hildenbrand
Holly Knepper
Glenn T. Marrow
Michele J. McDonald
Scott S. Oakley
Karl Pothier
Judith A. Barr
Assistant Attorneys General



**State of Maryland**
**OFFICE OF THE ATTORNEY GENERAL**
Department of Public Safety and Correctional Services
Plaza Office Center
6776 Reisterstown Road
Suite 313
Baltimore, Maryland 21215-2341
Telephone: (410) 585-3070
TTY for Deaf: 1-800-735-2258
Fax: (410) 764-5366

Direct Dial: (410) 585-3413

February 12, 2004

Honorable Beth Gesner
United States Magistrate-Judge
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE:   *Clarence McNair v. Andre Mackey*, Civil Action No. L-02-2281

Dear Magistrate-Judge Gesner:

Pursuant to the Scheduling Order issued by the Court in the above referenced matter, the parties are jointly submitting the following status report:

Discovery will be complete on February 19, 2004.  Defendant has scheduled Plaintiff's deposition on that day and there is no other discovery that is pending.

There are no outstanding motions that are pending before the Court and the parties do not anticipate filing any dispositive motions in this case.  Neither party has demanded a jury trial in this case.  The parties anticipate that the evidentiary hearing before the Court will take one or two days.

Lastly, the parties have not discussed the possibility of settlement of this matter but will do so after the completion of Plaintiff's deposition.  The parties have also not made a determination as to whether a referral to another Magistrate-Judge is appropriate for an Alternative Dispute Resolution conference.

If the Court has any further questions or concerns, please do not hesitate to contact me.

Very truly yours,

Glenn T. Marrow
Assistant Attorney General
Federal Bar No. 23731

cc: Mont Brownlee III, Esq.