UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

February 17, 2004

Mont Brownlee III, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore MD  21202

Glenn Todd Marrow, Esq.
Maryland Office of the Attorney General
Public Safety and Correctional Services
6776 Reisterstown Road, Suite 312
Baltimore, MD  21215

Re:   McNair v. Flanagan, et. al.
      Civil Action No.:  L-02-2281

Dear Counsel:

I have received your status report of February 12, 2004, indicating that discovery will be complete on February 19, 2004.  Please note that I am scheduling a telephone conference for February 26, 2004 at 9:45 a.m. to set a date for the evidentiary hearing.  Prior to that call, counsel should confer about settlement and be prepared to inform me whether referral to another Magistrate Judge for a settlement conference would be appropriate.  The Court requests that Mr. Brownlee, counsel for plaintiff, initiate the call.

Thank you for your attention to this matter.  If you have any questions, please contact my chambers.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge