UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

February 27, 2004

Mont Brownlee III, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore MD  21202

Glenn Todd Marrow, Esq.
Maryland Office of the Attorney General
Public Safety and Correctional Services
6776 Reisterstown Road, Suite 312
Baltimore, MD  21215

Re:   McNair v. Flanagan, et. al.
      Civil Action No.:  L-02-2281

Dear Counsel:

In accordance with our telephone conference today, this letter confirms your request for a referral to another United States Magistrate Judge for a settlement conference and the date of the evidentiary hearing, should one be necessary.  You will be contacted in the near future regarding the scheduling of a settlement conference.  In the referral, I will request that it be scheduled prior to the date selected for the evidentiary hearing.

Should the case proceed to the evidentiary hearing, the parties are to submit a pre-hearing brief that follows the format set forth in Local Rule 106.2 and the protocol set forth in Local Rule 106.3, in accordance with the schedule below.

### Schedule

Pre-hearing Brief due . . . . . . . . . . . . . . . . . . . . . . . . . . .Wednesday, June 9, 2004

Evidentiary Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . Tuesday, June 22, 2004
                                                                                              at 9:30 a.m.

Letter to Counsel, <u>McNair v. Flanagan, et. al.</u>
Page 2
February 27, 2004

      Please feel free to contact me if I may be of any assistance.

      Despite the informal nature of this letter, it will constitute an order of the Court and will be docketed accordingly.

                                     Very truly yours,

                                     /s/
                                   Beth P. Gesner
                                   United States Magistrate Judge