UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>JAMES K. BREDAR<br>U.S. MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0950<br>(410) 962-2985 FAX |

May 25, 2004

| | |
|---|---|
| Mont Brownlee, III, Esquire<br>Goodell DeVries Leech and Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, Maryland 21202 | Glenn Todd Marrow, Esquire<br>State of Maryland Office of the Attorney General<br>Public Safety and Correctional Services<br>6776 Reisterstown Road, Suite 312<br>Baltimore, Maryland 21215 |

Subject: *Clarence McNair v. Lamont W. Flanagan, State Comm'r for Pretrial Detention*
Civil Action No. L-02-2281

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Wednesday, June 2, 2004, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Friday, July 2, 2004, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of March 29, should arrive in chambers no later than Friday, June 25, 2004.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Benson E. Legg
    Court file
    Chambers file