UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

May 27, 2004

Mont Brownlee III, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore MD 21202

Glenn Todd Marrow, Esq.
Maryland Office of the Attorney General
Public Safety and Correctional Services
6776 Reisterstown Road, Suite 312
Baltimore, MD 21215

Re    McNair v. Flanagan, et. al.
      Civil Action No.: L-02-2281

Dear Counsel:

This will confirm that, at the request of counsel so as to allow this case to proceed to mediation before Judge Bredar, I am canceling the evidentiary hearing scheduled for Tuesday, June 22, 2004. I am rescheduling the hearing to Thursday, September 30, 2004 at 9:30 a.m. The due date for pre-hearing briefs will be Thursday, September 16, 2004.

Thank you for your attention to this matter.

Very truly yours,

Beth P. Gesner
United States Magistrate Judge

cc: Judge Bredar