IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLARENCE McNAIR | * | |
| vs. | * | Case No.: L-02-2281 |
| LAMONT W. FLANAGAN, State Commissioner of Pretrial Detention, et al. | * * | |

## ORDER

The Court having issued a Writ of Habeas Corpus commanding the U. S. Marshal and the Warden of the Maryland Correctional Institute, Hagerstown, to produce Plaintiff on July 2, 2004, at the United States Courthouse in Baltimore, Maryland, his presence being necessary in proceedings in the above-captioned case, and the Court having been notified late yesterday that the parties have reached a complete and binding settlement of the matter, eliminating the need for the proceedings scheduled for today, it is now

ORDERED that the Writ of Habeas Corpus issued on June 25, 2004, commanding the production of the body of Clarence McNair before this Court is VACATED.

Dated this 2nd day of July, 2004.

BY THE COURT:

/s/ Beth P. Gesner
Beth P. Gesner for James K. Bredar
United States Magistrate Judge